No. 265. M. & M. TRANSPORTATION CO. ET AL. v. UNITED STATES ET AL. Appeal from the United States District Court for the District of Massachusetts. *Per Curiam:* The motions to affirm are granted and the judgment is affirmed. *Herbert Burstein* for appellants. *Solicitor General Sobeloff, Assistant Attorney General Barnes, Daniel M. Friedman, Samuel R. Howell* and *Leo H. Pou* for the United States and the Interstate Commerce Commission, and *S. Harrison Kahn* for the St.

Johnsbury Trucking Co., Inc. et al., appellees.